IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN RICE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-3227 |
| | § | |
| PRODUCERS RICE MILL, INC., | § | |
| | § | |
| Defendant. | § | |

## AMENDED FINAL JUDGMENT

The court **ADJUDGES** that plaintiff, American Rice, Inc., recover from defendant, producers Rice Mill, Inc., the sum of $1,256,635, plus post-judgment interest on that amount at the rate of 1.67% per annum.

The court further **ORDERS**, **ADJUDGES**, and **DECREES** that defendant, as well as its officers, agents, servants, employees, attorneys, and those in active concert or participation with them who receive actual notice of this Amended Final Judgment, are **PERMANENTLY ENJOINED** from selling, offering to sell, or transporting rice with a design depicting a woman in Saudi Arabia and Djibouti.

This court will continue to exercise jurisdiction over this action for purposes of enforcing the injunctive relief.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 22nd day of April, 2008.

                                    SIM LAKE
                        UNITED STATES DISTRICT JUDGE